No. 86–5039.   McConico v. White, Warden, et al.   C. A. 11th Cir.   Certiorari denied.

No. 86–5131.   Campbell v. Miller et al.   C. A. 7th Cir. Certiorari denied.

No. 86–5135.   Mounts v. United States.   C. A. 6th Cir. Certiorari denied.

No. 86–5158.   Hutchins v. Brogan.   C. A. 8th Cir.   Certiorari denied.

No. 86–5275.   Dawson v. McCotter, Director, Texas Department of Corrections.   Ct. Crim. App. Tex.   Certiorari denied.

No. 86–5409.   Kattouah v. United States.   C. A. 6th Cir. Certiorari denied.

No. 86–5418.   McCaleb v. United States.   C. A. 6th Cir. Certiorari denied.

No. 86–5443.   Boniface v. Wainwright, Secretary, Florida Department of Corrections.   C. A. 11th Cir.   Certiorari denied.

No. 86–5540.   Fatt v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 86–5602.   Kahn v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 86–5616.   Condom v. United States.   C. A. 11th Cir. Certiorari denied.

No. 86–5666.   Harrison v. United States.   Ct. App. D. C. Certiorari denied.

No. 86–5679.   Plunkett v. Oklahoma.   Ct. Crim. App. Okla. Certiorari denied.

No. 86–5697.   Dean v. Rafferty, Superintendent, New Jersey State Prison, et al.   C. A. 3d Cir.   Certiorari denied.

No. 86–5708.   Jones v. Davis, Warden.   C. A. 6th Cir. Certiorari denied.